Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT FILED

for the

Eastern District of Texas

Tyler Division

JUL 10 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

|  |  |
|---|---|
| Sarah Ann Johnson | Case No. 6:26-CV-333 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Judge Love |
| -v- | Jury Trial: *(check one)* ☒ Yes ☐ No |
| FedEx Ground Package System, Inc. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sarah Ann Johnson |
| Street Address | 1314 W. Shaw St. |
| City and County | Tyler, Smith |
| State and Zip Code | Texas, 75701 |
| Telephone Number | 903-262-8836 |
| E-mail Address | mrssjohnson86@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | FedEx Ground Package System, Inc. |
| Job or Title *(if known)* | Unknown |
| Street Address | 800 Lindale Industrial Pkwy |
| City and County | Tyler, Smith County |
| State and Zip Code | Texas, 75706 |
| Telephone Number | 800-463-3339 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | FedEx Ground Package System, Inc. |
| Street Address | 800 Lindale Industrial Pkwy |
| City and County | Tyler, Smith County |
| State and Zip Code | Texas, 75706 |
| Telephone Number | 800-463-3339 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

7/5/2025 (Date of discrimination noted on EEOC charge; injury occurred on 6/30/2025)

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

  perceived physical disability following a workplace injury

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

The facts of my case are as follows:

Claim 1-Disability Discrimination
1. I was employed by FedEx Ground Package System, Inc. On or about June 30, 2025, I suffered a workplace injury and reported the injury to FedEx. I sought medical treatment and provided FedEx with medical documentation regarding my condition and my ability to continue work (on or about July 1, 2025).
2. After my injury, FedEx was aware of my medical restrictions affecting my ability to perform my regular job duties. I was placed on work restrictions/light duty and communicated with FedEx regarding my work status and my ability to contiue working.
3. Although I provided medical documentation and remained willing to work within my medical restrictions, FedEX terminated my employment (formally) on or about July 8, 2025, before allowing me a meaningful opportunity to perform available light-duty work or discussing accomodations with me. See Attachment

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.        It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

09/02/2025

B.        The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☒        issued a Notice of Right to Sue letter, which I received on *(date)*    4/30/2026        .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.        Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that the Court award the following relief:
1. Back pay and lost wages from the date of Plaintiff's termination through the date of judgment, including compensation for lost earnings and employment-related benefits.
2. Front pay in lieu of reinstatement, as Plaintiff does not seek to return to employment with Defendant and requests compensation for future wage loss resulting from the loss of her employment.
3. Compensation for lost employment benefits and other financial losses associated with the termination of Plaintiff's employment.
4. Compensatory damages for the emotional and mental distress, anguish, humiliation, and other personal harms Plaintiff experienced as a result of Defendant's alleged discriminatory and retaliatory actions.
5. An order requiring Defendant to provide a neutral employment reference or neutral verification of Plaintiff's employment history.
6. Reimbursement of reasonable costs and expenses incurred in bringing this action and, if Plaintiff obtains legal representation, an award of reasonable attorney's fees and litigation expenses as allowed by law.
7. Punitive or exemplary damages in an amount to be determined by the Court, if the evidence establishes that Defendant acted with the required level of intent, disregard, or indifference to Plaintiff's federally protected rights.
8. Pre-judgment and post-judgment interest as permitted by law.
9. Any other relief the Court finds just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7|10|26

Signature of Plaintiff    _Sarah Johnson_

Printed Name of Plaintiff    Sarah Ann Johnson

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.**        **For Attorneys**

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____